IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRON J. MURPHY, SR.,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | |
| vs. ) | CIVIL NO.  06-343-GPM |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.  03-30137-GPM |
| ) | |
| Respondent/Plaintiff. ) | |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner was found guilty of "tampering with a witness who was going to testify against his son (Darron Murphy, Jr.); using a firearm while doing the tampering; being a felon in possession of a firearm; and two counts involving crack cocaine." *United States v. Murphy*, 406 F.3d 857, 859 (7th Cir. 2005), *cert. denied*, 126 S. Ct. 1022 (2006).  On April 13, 2004, Petitioner was sentenced to 235 months imprisonment, 8 years supervised release, a fine of $750, and a special assessment of $500. His conviction and sentence were affirmed, *Murphy, supra*, 406 F.3d at 862; Petitioner then filed the instant motion under § 2255.

In his motion Petitioner claims that counsel was ineffective in failing to challenge the existence of a conspiracy, in failing to object to the jury instruction regarding "brandishing", and in failing to object to sentence enhancements.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach

all relevant portions of the record.

At this time, the Court **DENIES** Petitioner's motion for an evidentiary hearing (Doc. 3). After the Government files its response, the Court will determine whether or not a hearing is required. If so, the Court will so notify the parties at that time.

**IT IS SO ORDERED.**

DATED: 08/31/06

S/ *G. Patrick Murphy*
G. PATRICK MURPHY
Chief United States District Judge